**[ORAL ARGUMENT NOT SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ALBANY MED HEALTH SYSTEM, *et al.*,

*Plaintiffs-Appellees*,

v.

HEALTH RESOURCES AND SERVICES
ADMINISTRATION, *et al.*,

*Defendants-Appellants*.

No. 26-5147

**PRELIMINARY STATEMENT OF ISSUES TO BE RAISED**

Potential issues for consideration on appeal include:

Whether Section 340B of the Public Health Services Act, 42 U.S.C. § 256b, permits the Health Resources and Services Administration to require offsite hospital facilities to register with the agency before purchasing prescription drugs at 340B prices.

Respectfully submitted,

/s/ *Maxwell A. Baldi*

MAXWELL A. BALDI
  Attorney, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C.  20530
  (202) 532-0211
  maxwell.baldi@usdoj.gov

May 2026