# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5147** **September Term, 2026**

**1:23-cv-03252-APM**

**Filed On: September 22, 2026** **[2194462]**

Albany Med Health System, et al.,

Appellees

v.

Health Resources and Services Administration, et al.,

Appellants

## O R D E R

Upon consideration of appellees' consent motion for extension of time to file the response brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | November 4, 2026 |
| Appellants' Reply Brief | November 25, 2026 |
| Deferred Appendix | December 2, 2026 |
| Final Briefs | December 16, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk